| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  ROSENTHAL, LEE H. | 2. Court or Organization  U.S.D.C.-S.D.TX | 3. Date of Report  08/09/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S.DISTRICT JUDGE-ACTIVE | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2016  to  12/31/2016 |

**7. Chambers or Office Address**

515 RUSK
ROOM 11535
HOUSTON, TEXAS 77002

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | MEMBER, BOARD OF TRUSTEES | THE KINKAID SCHOOL |
| 2. | MEMBER, BOARD OF OVERSEERS | THE RAND INSTITUTE FOR CIVIL JUSTICE (RESIGNED IN 2016) |
| 3. | MEMBER, BOARD OF TRUSTEES | RICE UNIVERSITY |
| 4. | MEMBER, BOARD OF TRUSTEES | CENTER FOR AMERICAN AND INTERNATIONAL LAW (RESIGNED IN 2016) |
| 5. | MEMBER, ADVISORY BOARD | INSTITUTE FOR THE ADVANCEMENT OF THE AMERICAN LEGAL SYSTEM (RESIGNED IN 2016) |
| 6. | MEMBER, BOARD OF VISITORS | DUKE UNIVERSITY SCHOOL OF LAW |
| 7. | MEMBER, EXECUTIVE COMMITTEE, COUNCIL | AMERICAN LAW INSTITUTE |
| 8. | MEMBER, BOARD OF TRUSTEES | BAYLOR COLLEGE OF MEDICINE |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | NATIONAL BOARD OF BAR EXAMINERS, WRITING | $7,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | ▨▨▨▨▨▨▨▨▨▨, INC.: DIRECTOR'S FEES |
| 2. 2016 | ▨▨▨▨▨▨▨▨▨▨▨▨: PARTNER DISTRIBUTION |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | LOUISIANA STATE UNIVERSITY | JANUARY 3-7, 2016 | BATON ROUGE, LA | FACULTY, LSU APPRENTICESHIP PROGRAM | LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 2. | AMERICAN LAW INSTITUTE | JANUARY 20-22, 2016 | PHILADELPHIA, PA | ATTEND COUNCIL MEETING | LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 3. | AMERICAN BAR ASSOCIATION & DUKE UNIVERSITY | JANUARY 26-27, 2016 | LOS ANGELES, CA | ABA/DUKE PROPORTIONALITY ROADSHOW PANEL PRES. | LODGING, MEALS, TRANSPORTATION AND AIRFARE |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/09/2017 |

| | | | | |
|---|---|---|---|---|
| 4. | AMERICAN BAR ASSOCIATION & DUKE UNIVERSITY | JANUARY 27-28, 2016 | SAN FRANCISCO, CA | ABA/DUKE PROPORTIONALITY ROADSHOW PANEL PRES. | LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 5. | LEWIS & CLARK COLLEGE | FEBRUARY 19-21, 2016 | CAMBRIDGE, MA | 13TH ANNUAL NATIONAL ANNUAL LAW MOOT COURT | TRANSPORTATION AND AIRFARE |
| 6. | UNIVERSITY OF DENVER/ IAALS | FEBRUARY 24-28, 2016 | DENVER, CO | IAALS 4TH CIVIL JUSTICE REFORM SUMMIT | LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 7. | AMERICAN BAR ASSOCIATION & DUKE UNIVERSITY | MARCH 2-3, 2016 | PHOENIX, AZ | ABA/DUKE PROPORTIONALITY ROADSHOW PANEL PRES. | LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 8. | AMERICAN BAR ASSOCIATION & DUKE UNIVERSITY | MARCH 3-4, 2016 | DENVER, CO | ABA/DUKE PROPORTIONALITY ROADSHOW PANEL PRES. | LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 9. | ABA/MENA RULE OF LAW INITIATIVE | MARCH 11-17, 2016 | CAIRO, EGYPT | ABA-MENA RULE OF LAW INITIATIVE EGYPT CASE MGMT | LODGING, MEALS, TRANSPORTATION, AIRFARE AND SHIPPING |
| 10. | AMERICAN BAR ASSOCIATION & DUKE UNIVERSITY | MARCH 30-31, 2016 | DALLAS, TX | ABA/DUKE PROPORTIONALITY ROADSHOW PANEL PRES. | LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 11. | AMERICAN BAR ASSOCIATION & DUKE UNIVERSITY | MARCH 31- APRIL 1, 2016 | MIAMI, FL | ABA/DUKE PROPORTIONALITY ROADSHOW PANEL PRES. | LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 12. | AMERICAN LAW INSTITUTE | APRIL 11-12, 2016 | NEW YORK CITY, NY | ALI AGGREGATE LITIGATION CONFERENCE | LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 13. | AMERICAN BAR ASSOCIATION & DUKE UNIVERSITY | APRIL 27-28, 2016 | SAN DIEGO, CA | ABA/DUKE PROPORTIONALITY ROADSHOW PANEL PRES. | LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 14. | AMERICAN BAR ASSOCIATION & DUKE UNIVERSITY | APRIL 28-29, 2016 | SEATTLE, WA | ABA/DUKE PROPORTIONALITY ROADSHOW PANEL PRES. | LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 15. | AMERICAN BAR ASSOCIATION & DUKE UNIVERSITY | MAY 12-13, 2016 | BOSTON, MA | ABA/DUKE PROPORTIONALITY ROADSHOW PANEL PRES. | LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 16. | NATIONAL CONFERENCE OF BAR EXAMINERS | MAY 19-22, 2016 | SAN FRANCISCO, CA | BAR EXAMINERS MEETING | LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 17. | DUKE LAW SCHOOL | MAY 22-23, 2016 | DURHAM, NC | FACULTY AT DUKE JUDICIAL STUDIES | LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 18. | DUKE LAW SCHOOL | JUNE 2-3, 2016 | DURHAM, NC | FACULTY AT DUKE JUDICIAL STUDIES | LODGING, MEALS, TRANSPORTATION AND AIRFARE |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROSENTHAL, LEE H. | 08/09/2017 |

| | | | | | |
|---|---|---|---|---|---|
| 19. | DUKE LAW SCHOOL | JUNE 9-10, 2016 | DURHAM, NC | FACULTY AT DUKE JUDICIAL STUDIES | LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 20. | DUKE LAW SCHOOL | JUNE 16-17, 2016 | DURHAM, NC | FACULTY AT DUKE JUDICIAL STUDIES | LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 21. | AMERICAN LAW INSTITUTE | SEPTEMBER 8-9, 2016 | PHILADELPHIA, PA | ALI RESTATEMENT OF THE LAW THIRD, CONFLICT OF LAW ADVISERS MEETING | LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 22. | AMERICAN COLLEGE OF TRIAL LAWYERS | SEPTEMBER 15-20, 2016 | PHILADELPHIA, PA | U.S./U.K. LEGAL EXCHANGE | LODGING, MEALS, TRANSPORTATION, TRAIN, AIRFARE AND MISC. |
| 23. | AMERICAN COLLEGE OF TRIAL LAWYERS | SEPTEMBER 20-23, 2016 | WASHINGTON, DC | U.S./U.K. LEGAL EXCHANGE | LODGING, MEALS, TRANSPORTATION, AIRFARE AND MISC. |
| 24. | YALE LAW SCHOOL | OCTOBER 16-17, 2016 | NEW HAVEN, CT | YALE LAW SCHOOL PRESENTATION | LODGING, MEALS, TRANSPORTATION AND TRAIN |
| 25. | AMERICAN LAW INSTITUTE | OCTOBER 18-21, 2016 | NEW YORK, NY | ALI OCTOBER COUNCIL MEETING | LODGING, MEALS AND AIRFARE |
| 26. | AMERICAN LAW INSTITUTE | OCTOBER 23-25, 2016 | NEW YORK, NY | ALI MODEL PENAL CODE: SEXUAL ASSAULT AND RELATED OFFENSES ADVISERS AND MEMBERS MTG | LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 27. | COURT (JUDICIARY) | NOVEMBER 14-15, 2016 | GRAPEVINE, TX | JUDICIAL COUNCIL MEETING | LODGING, MEALS, MEETING ROOM, AV FREES, TRANSPORTATION AND AIRFARE |
| 28. | NATIONAL CONFERENCE OF BAR EXAMINERS | DECEMBER 8-11, 2016 | PHOENIX, AZ | BAR EXAMINERS MEETINGS | LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 29. | | | | | |
| 30. | | | | | |
| 31. | | | | | |
| 32. | | | | | |
| 33. | | | | | |
| 34. | | | | | |
| 35. | | | | | |
| 36. | | | | | |
| 37. | | | | | |
| 38. | | | | | |
| 39. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ROSENTHAL, LEE H.** | 08/09/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Bexar Cty, TX GO 5.25% due 6/15/23 | D | Interest | | | Redeemed | 06/15/16 | N | | |
| 2. | Brazos Cty, TX 5.00% due 9/1/25 | D | Interest | N | T | | | | | |
| 3. | Chicago Brd Ed 0.00% due 12/1/19 | | None | L | T | | | | | |
| 4. | College Station ISD 4.625% due 9/15/20 | D | Interest | N | T | | | | | |
| 5. | Denton, TX ISD 0.00% due 8/15/23 | | None | | | Redeemed | 08/15/16 | N | G | |
| 6. | District Columbia 5.00% due 6/1/17 | E | Interest | N | T | | | | | |
| 7. | Goodyear AZ PI 6.0% due 7/1/31 | | None | O | T | Buy | 12/06/16 | P1 | | |
| 8. | Grand Prairie, TX ISD 0.00% due 8/15/33 | | None | N | T | | | | | |
| 9. | Grapevine-Colleyville ISD 0.00% due 8/15/23 | | None | M | T | | | | | |
| 10. | Harris Cty, TX, 5.00% due 10/1/19 | D | Interest | N | T | | | | | |
| 11. | Harris Cty, TX, 5.75% due 10/1/20 | E | Interest | M | T | | | | | |
| 12. | Houston, TX Pub Impt 5.00% due 3/1/20 | E | Interest | O | T | | | | | |
| 13. | Leander, TX ISD 0.00% due 8/15/20 | | None | N | T | | | | | |
| 14. | Leander, TX ISD 0.00% due 8/15/21 | | None | N | T | | | | | |
| 15. | Leander, TX ISD 0.00$ due 8/15/23 | | None | | | Redeemed | 08/15/16 | N | G | |
| 16. | Lewisville, TX ISD 0.00% due 8/15/21 | | None | O | T | | | | | |
| 17. | MA St Hlth & Ed 5.25% due 7/1/23 | | None | O | T | Buy | 12/06/16 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Mesquite,TX ISD 0.00% due 8/15/32 | | None | N | T | | | | | |
| 19. Northwest, TX ISD 5.00% due 2/15/16 | C | Interest | | | Matured | 02/16/16 | M | | |
| 20. Richmond Co, GA Dev 6.375% due 12/01/21 | | None | L | T | | | | | |
| 21. Schertz-Cibolo-Unvl City, TX 0.00% due 2/1/24 | | None | | | Redeemed | 03/08/16 | N | F | |
| 22. Schertz-Cibolo-Unvl City, TX 0.00% due 2/1/25 | | None | | | Redeemed | 03/08/16 | N | F | |
| 23. Snohomish Cty, WA 5.25% due 12/1/24 | D | Interest | N | T | | | | | |
| 24. St of Illinois 5.00% due 6/1/22 | D | Interest | M | T | | | | | |
| 25. St of Washington BO 0.00% due 12/01/21 | | None | O | T | | | | | |
| 26. Texarkana, TX ISD 0.00% due 2/15/26 | | None | M | T | | | | | |
| 27. University TX Univ 5.25% due 7/1/21 | E | Interest | N | T | | | | | |
| 28. Wylie, TX ISD 0.00% due 8/15/19 | | None | N | T | | | | | |
| 29. Wylie, TX ISD 0.00% due 8/15/23 | | None | N | T | | | | | |
| 30. JPM Chase - Checking | | None | J | T | | | | | |
| 31. HSA Bank | A | Interest | L | T | | | | | |
| 32. Ally Bank | E | Interest | P1 | T | | | | | |
| 33. American Express Bank, FSB | F | Interest | P2 | T | | | | | |
| 34. AIF V Private Investors LLC (1) | | None | J | U | Buy (add'l) | 01/26/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Distributed (part) | 01/26/16 | J | | |
| 36. AIF VI Private Investors LLC (1) | | None | M | U | Distributed (part) | 01/22/16 | K | | |
| 37. | | | | | Distributed (part) | 06/29/16 | J | | |
| 38. | | | | | Distributed (part) | 10/11/16 | J | | |
| 39. AIF VII Private Investors LLC (1) | | None | M | U | Distributed (part) | 01/22/16 | J | | |
| 40. | | | | | Distributed (part) | 04/19/16 | J | | |
| 41. | | | | | Distributed (part) | 06/15/16 | J | | |
| 42. | | | | | Distributed (part) | 07/15/16 | J | | |
| 43. | | | | | Distributed (part) | 08/30/16 | J | | |
| 44. APAX Europe VII Private Investors, LLC (1) | | None | L | U | Distributed (part) | 01/14/16 | J | | |
| 45. | | | | | Distributed (part) | 03/24/16 | K | | |
| 46. | | | | | Distributed (part) | 04/27/16 | J | | |
| 47. | | | | | Distributed (part) | 10/26/16 | K | | |
| 48. Atlantic Trust Company, N.A. | A | Dividend | J | T | | | | | |
| 49. Barclays Bank | E | Interest | P1 | T | | | | | |
| 50. BRKB-Common | | None | P1 | T | Donated (part) | | | | |
| 51. | | | | | Buy (add'l) | 12/14/16 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Black Stone Minerals, LP common units | G | Distribution | P1 | T | | | | | |
| 53. Black Stone Minerals, LP sub units | F | Distribution | P1 | U | | | | | |
| 54. Arrowhead Research Corp. (9) | | None | | | | | | | |
| 55. Brand Group Holdings, Inc.-Common | | None | M | U | Buy (add'l) | 10/04/16 | L | | |
| 56. Carlyle Asia Partners II (1) | | None | M | U | Distributed (part) | 02/08/16 | J | | |
| 57. | | | | | Distributed (part) | 04/11/16 | L | | |
| 58. | | | | | Distributed (part) | 05/10/16 | K | | |
| 59. | | | | | Distributed (part) | 05/27/16 | J | | |
| 60. | | | | | Distributed (part) | 07/27/16 | L | | |
| 61. | | | | | Distributed (part) | 09/06/16 | K | | |
| 62. CAP IV Private Investors, LLC (1) | | None | N | U | Distributed (part) | 03/01/16 | J | | |
| 63. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 64. | | | | | Distributed (part) | 08/02/16 | J | | |
| 65. | | | | | Buy (add'l) | 10/18/16 | K | | |
| 66. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 67. Carlyle Japan International Partners II, L.P. (1) | | None | L | U | Distributed (part) | 04/27/16 | J | | |
| 68. | | | | | Distributed (part) | 07/19/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Distributed (part) | 11/30/16 | K | | |
| 70. CIT Bank | E | Interest | P1 | T | | | | | |
| 71. CJIP II Limited, L.P. (1) | | None | K | U | Distributed (part) | 04/27/16 | J | | |
| 72. | | | | | Distributed (part) | 07/19/16 | J | | |
| 73. | | | | | Distributed (part) | 11/30/16 | J | | |
| 74. CD&R Fund VII Private Investors, LLC (1) | | None | M | U | Distributed (part) | 02/18/16 | K | | |
| 75. | | | | | Distributed (part) | 05/06/16 | L | | |
| 76. | | | | | Distributed (part) | 10/25/16 | J | | |
| 77. CD&R Fund IX Private Investors, LLC (1) | | None | N | U | Buy (add'l) | 04/08/16 | K | | |
| 78. | | | | | Buy (add'l) | 06/24/16 | K | | |
| 79. | | | | | Buy (add'l) | 07/18/16 | K | | |
| 80. | | | | | Buy (add'l) | 11/02/16 | J | | |
| 81. | | | | | Buy (add'l) | 11/10/16 | K | | |
| 82. Consumer Staples Select Sector SPDR-ETF | E | Dividend | O | T | | | | | |
| 83. Continuum Energy | | None | L | U | Distributed (part) | 12/01/16 | J | | |
| 84. CVEO-Common | | None | M | T | | | | | |
| 85. Discover Bank | E | Interest | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Emerald Marina Bay (1) | | None | M | U | | | | | |
| 87. Emerald Cambridge (1) | | None | J | U | | | | | |
| 88. Emerald Marina Cove (1) | | None | J | U | | | | | |
| 89. Emerald Marina Shores (1) | | None | J | U | | | | | |
| 90. Encino Energy, LLC (1) | | None | L | U | Buy (add'l) | 05/06/16 | L | | |
| 91. Energy Capital Investors Fund, LLC (1) | | None | L | U | | | | | |
| 92. Family Alignment: FA YPS LLC (1) | | None | K | U | Buy | 09/12/16 | K | | |
| 93. FDC Group McKinney, Ltd. (1) | | None | J | U | Distributed (part) | 03/25/16 | J | | |
| 94. | | | | | Distributed (part) | 06/17/16 | J | | |
| 95. | | | | | Distributed (part) | 09/22/16 | J | | |
| 96. | | | | | Distributed (part) | 12/23/16 | J | | |
| 97. FDC Group Crawford, Ltd. (1) | | None | M | U | Buy (add'l) | 12/02/16 | L | | |
| 98. FDC Group Dunlavy, Ltd. (1) | | None | L | U | | | | | |
| 99. FDC Group Wilcrest, Ltd. (1) | | None | J | U | Distributed (part) | 03/25/16 | J | | |
| 100. | | | | | Distributed (part) | 06/17/16 | J | | |
| 101. | | | | | Distributed (part) | 09/22/16 | J | | |
| 102. | | | | | Distributed (part) | 12/23/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. FDC Group Yorktown, Ltd. (1) | | None | L | U | | | | | |
| 104. FDC Group Waugh, Ltd. (1) | | None | M | U | Distributed (part) | 03/25/16 | J | | |
| 105. | | | | | Distributed (part) | 06/17/16 | J | | |
| 106. | | | | | Distributed (part) | 09/22/16 | J | | |
| 107. | | | | | Distributed (part) | 12/23/16 | J | | |
| 108. FPA Crescent-Mutual Fund | | None | | | Sold | 01/20/16 | O | | |
| 109. Finger-Roxboro, Ltd. (1) | | None | M | U | Distributed (part) | 03/14/16 | J | | |
| 110. | | | | | Distributed (part) | 06/14/16 | J | | |
| 111. | | | | | Distributed (part) | 09/22/16 | J | | |
| 112. | | | | | Distributed (part) | 12/23/16 | J | | |
| 113. Finger-VOTL, Ltd. (1) | | None | L | U | Distributed (part) | 03/14/16 | J | | |
| 114. | | | | | Distributed (part) | 06/14/16 | J | | |
| 115. | | | | | Distributed (part) | 09/22/16 | J | | |
| 116. | | | | | Distributed (part) | 12/23/16 | J | | |
| 117. Goldman Sachs Bank (includes former listing of GE Capital Bank) | E | Interest | P1 | T | | | | | |
| 118. Mt. Kellett (1) | | None | M | U | Distributed (part) | 04/11/16 | J | | |
| 119. | | | | | Distributed (part) | 07/25/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Distributed (part) | 08/15/16 | J | | |
| 121. Mt. Kellett II (1) | | None | M | U | Distributed (part) | 04/08/16 | J | | |
| 122. | | | | | Distributed (part) | 06/24/16 | J | | |
| 123. | | | | | Distributed (part) | 09/21/16 | K | | |
| 124. | | | | | Distributed (part) | 12/29/16 | J | | |
| 125. GE Capital Bank (now included in Goldman Sachs Bank) | | | | | | | | | |
| 126. Great Northern Midstream, LLC (1) | | None | K | U | Distributed (part) | 01/11/16 | N | | |
| 127. | | | | | Distributed (part) | 07/08/16 | J | | |
| 128. Hawkins Investment Partnership (1) | | None | | | Distributed | 02/28/16 | O | | |
| 129. Ishares Core High Dividend-ETF | D | Dividend | N | T | | | | | |
| 130. [redacted] Inc. (1) | | None | J | U | Buy (add'l) | 06/30/16 | J | | |
| 131. | | | | | Buy (add'l) | 12/19/16 | K | | |
| 132. HMTF Fund IV (1) | | None | J | U | Distributed (part) | 08/09/16 | J | | |
| 133. HydroEx Acquistion, LLC - Note Receivable | B | Interest | K | T | | | | | |
| 134. Ishares Global Energy-ETF | E | Dividend | N | T | Sold (part) | 06/24/16 | M | E | |
| 135. Ishares US Consumer Goods-ETF | E | Dividend | N | T | Donated (part) | | | | |
| 136. JP Morgan Chase Investment Account - Cash | A | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  KKR 2006 Private Investors, LLC (1)(a) | | None | | U | Buy (add'l) | 01/29/16 | J | | |
| 138. | | | | | Distributed (part) | 02/25/16 | J | | |
| 139. | | | | | Distributed (part) | 05/19/16 | J | | |
| 140. | | | | | Distributed (part) | 06/27/16 | K | | |
| 141. | | | | | Distributed (part) | 07/25/16 | J | | |
| 142. | | | | | Distributed (part) | 08/15/16 | J | | |
| 143. | | | | | Distributed (part) | 09/06/16 | K | | |
| 144. | | | | | Distributed (part) | 09/30/16 | K | | |
| 145. | | | | | Distributed (part) | 12/19/16 | K | | |
| 146.  KMI-Common | E | Dividend | P1 | T | Buy (add'l) | 01/25/16 | L | | |
| 147. | | | | | Buy (add'l) | 01/28/16 | K | | |
| 148. | | | | | Buy (add'l) | 02/01/16 | K | | |
| 149.  Merrill Lynch (CMA) | C | Interest | P1 | T | | | | | |
| 150.  NITYA - BCH Investors LLC (1) | | None | N | U | Buy | 12/06/16 | N | | |
| 151.  Oaktree Capital Group LLC | F | Distribution | P1 | T | | | | | |
| 152.  OIS Restricted Stock (7) | | None | | | | | | | |
| 153.  OIS-Common (7) | | None | O | T | Buy (add'l) | 05/19/16 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Donated (part) | | | | |
| 155. Pearl Midtown, LLC (1) | | None | J | U | Distributed (part) | 01/01/16 | J | | |
| 156. | | | | | Distributed (part) | 02/01/16 | J | | |
| 157. | | | | | Distributed (part) | 03/01/16 | J | | |
| 158. | | | | | Distributed (part) | 04/01/16 | J | | |
| 159. | | | | | Distributed (part) | 05/01/16 | J | | |
| 160. | | | | | Distributed (part) | 06/01/16 | J | | |
| 161. | | | | | Distributed (part) | 07/01/16 | J | | |
| 162. | | | | | Distributed (part) | 08/01/16 | J | | |
| 163. | | | | | Distributed (part) | 09/01/16 | J | | |
| 164. | | | | | Distributed (part) | 10/01/16 | J | | |
| 165. | | | | | Distributed (part) | 11/01/16 | J | | |
| 166. | | | | | Distributed (part) | 12/01/16 | J | | |
| 167. Pearl CityCenter, LLC (1) | | None | M | U | | | | | |
| 168. Pearl Midtown Residences, Ltd (1) | | None | N | U | Buy | 12/06/16 | N | | |
| 169. Platform Partners, LLC (1) | | None | P1 | U | Distributed (part) | 06/20/16 | N | | |
| 170. RDS/B-ADR | F | Dividend | P1 | T | Buy (add'l) | 01/07/16 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  SCF-V, L.P. (1) | | None | K | U | Buy (add'l) | 01/11/16 | J | | |
| 172. | | | | | Buy (add'l) | 04/08/16 | J | | |
| 173. | | | | | Buy (add'l) | 07/11/16 | J | | |
| 174. | | | | | Buy (add'l) | 10/07/16 | J | | |
| 175. | | | | | Distributed (part) | 12/14/16 | K | | |
| 176.  SCF-VI, L.P. (1) | | None | M | U | Buy (add'l) | 01/11/16 | J | | |
| 177. | | | | | Buy (add'l) | 04/08/16 | J | | |
| 178. | | | | | Buy (add'l) | 07/11/16 | J | | |
| 179. | | | | | Distributed (part) | 08/25/16 | J | | |
| 180. | | | | | Buy (add'l) | 10/07/16 | J | | |
| 181. | | | | | Buy (add'l) | 12/14/16 | K | | |
| 182. | | | | | Distributed (part) | 12/14/16 | K | | |
| 183.  SCF-VII, L.P. (1) | | None | N | U | Buy (add'l) | 01/11/16 | J | | |
| 184. | | | | | Buy (add'l) | 04/08/16 | J | | |
| 185. | | | | | Buy (add'l) | 07/11/16 | J | | |
| 186. | | | | | Buy (add'l) | 08/01/16 | J | | |
| 187. | | | | | Buy (add'l) | 10/07/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 17 of 28

Name of Person Reporting

ROSENTHAL, LEE H.

Date of Report

08/09/2017

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 12/06/16 | J | | |
| 189. | | | | | Distributed (part) | 12/14/16 | K | | |
| 190. SCF-VII(a), L.P. (1) | None | J | U | | Buy | 07/21/16 | J | | |
| 191. | | | | | Buy (add'l) | 07/22/16 | J | | |
| 192. | | | | | Buy (add'l) | 12/06/16 | J | | |
| 193. SCF-VII(AIV), L.P. (1) | None | K | U | | Buy (add'l) | 08/01/16 | J | | |
| 194. SCF-VIII, L.P (1) | None | M | U | | Buy (add'l) | 01/11/16 | J | | |
| 195. | | | | | Buy (add'l) | 04/08/16 | J | | |
| 196. | | | | | Buy (add'l) | 07/11/16 | J | | |
| 197. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 198. | | | | | Buy (add'l) | 10/07/16 | J | | |
| 199. | | | | | Buy (add'l) | 12/06/16 | J | | |
| 200. SCF-VIII(AIV), L.P. (1) | None | L | U | | Buy (add'l) | 12/06/16 | J | | |
| 201. SJKI-Common | None | K | T | | | | | | |
| 202. SRE Properties, LP (1) | None | J | U | | Distributed (part) | 05/10/16 | J | | |
| 203. | | | | | Distributed (part) | 06/21/16 | J | | |
| 204. | | | | | Distributed (part) | 09/28/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Distributed (part) | 12/28/16 | J | | |
| 206. Surefire Social-Convertible Pfd | | None | J | U | | | | | |
| 207. Synchrony Bank | E | Interest | P1 | T | | | | | |
| 208. ▨▨▨▨ LP (1) | | None | M | U | Distributed (part) | 12/31/16 | M | | |
| 209. ▨▨▨▨ LLC (1) | | None | J | U | Distributed (part) | 12/31/16 | J | | |
| 210. ▨▨▨▨ LLC (1) | | None | J | U | | | | | |
| 211. ▨▨▨▨ (1) | | None | J | U | | | | | |
| 212. ▨▨▨▨ (1) | | None | K | U | Distributed (part) | 12/31/16 | K | | |
| 213. ▨▨▨▨ LP (1) | | None | J | U | Buy (add'l) | 12/31/16 | J | | |
| 214. | | | | | Distributed (part) | 12/31/16 | J | | |
| 215. ▨▨▨▨ (1) | | None | K | U | Buy (add'l) | 12/31/16 | J | | |
| 216. | | | | | Distributed (part) | 12/31/16 | J | | |
| 217. ▨▨▨▨ III, LP (1) | | None | L | U | Distributed (part) | 12/31/16 | P1 | | |
| 218. ▨▨▨▨ III, LP (1) | | None | P1 | U | Buy (add'l) | 12/31/16 | M | | |
| 219. | | | | | Distributed (part) | 12/31/16 | O | | |
| 220. ▨▨▨▨ III GP, LP (1) | | None | P2 | U | Buy (add'l) | 12/31/16 | L | | |
| 221. | | | | | Distributed (part) | 12/31/16 | P1 | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. ▓▓▓▓▓ IV GP, LP (1) | | None | L | U | Buy | 12/31/16 | L | | |
| 223. | | | | | Distributed (part) | 12/31/16 | J | | |
| 224. ▓▓▓▓▓ IV LLC (1) | | None | J | U | Buy | 12/31/16 | J | | |
| 225. | | | | | Distributed (part) | 12/31/16 | J | | |
| 226. ▓▓▓▓▓ IV, LP (1) | | None | O | U | Buy | 12/31/16 | O | | |
| 227. | | | | | Distributed (part) | 12/31/16 | L | | |
| 228. ▓▓▓▓▓ IV, LP (1) | | None | N | U | Buy | 12/13/16 | P1 | | |
| 229. | | | | | Distributed (part) | 12/13/16 | P1 | | |
| 230. ▓▓▓▓▓ (alpha sort) (11) | | | | | | | | | |
| 231. American Bath | | None | K | U | Sold (part) | 10/10/16 | P2 | | |
| 232. B&G | | None | J | U | Sold (part) | 01/15/16 | J | | |
| 233. Construction Supply | | None | N | U | Buy | 10/19/16 | N | | |
| 234. CST Industries | | None | J | U | | | | | |
| 235. DexKo | | None | O | U | | | | | |
| 236. Industrial Services | | None | N | U | Buy | 06/10/16 | N | | |
| 237. Highline | | None | M | U | Buy | 03/11/16 | N | | |
| 238. Liqui-Box | | None | J | U | Sold (part) | 10/10/16 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  Lynx FBO | | None | L | U | Buy | 08/16/16 | K | | |
| 240. | | | | | Buy (add'l) | 10/19/16 | J | | |
| 241.  Panolam (one additional payment) | | None | | | Sold | 06/28/16 | J | | |
| 242.  Process Barron | | None | M | U | | | | | |
| 243.  SafeFleet | | None | N | U | | | | | |
| 244.  Saxco | | None | M | U | | | | | |
| 245.  Specified Air Solutions | | None | L | U | Buy (add'l) | 10/25/16 | K | | |
| 246.  Stackpole (one additional payment) | | None | | | Sold | 10/10/16 | N | | |
| 247.  Universal Fibers | | None | J | U | Sold (part) | 01/15/16 | J | | |
| 248.  ▓▓▓▓▓ 401(k): FA Stable Value | A | Int./Div. | N | T | | | | | |
| 249.  JP Morgan Chase-Checking | | None | J | T | | | | | |
| 250.  JP Morgan Chase-Checking-S | | None | J | T | | | | | |
| 251.  TROW-Common | D | Dividend | N | T | | | | | |
| 252.  Vac One (9) | | None | | | Buy (add'l) | 09/26/16 | J | | |
| 253.  Vanguard Tax-Exempt M/M-Mutual Fund | A | Dividend | J | T | | | | | |
| 254.  Vanguard Admiral Fund Treasury M/M-Mutual Fund | A | Dividend | | | Closed | 04/06/16 | P1 | | |
| 255.  Vanguard Large Cap Index Fund Adm | D | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Vanguard Large Cap ETF | | None | | | Sold | 01/22/16 | P1 | | |
| 257. Vanguard Tax-Managed Cap Apprec-Mutual Fund | | None | N | T | Buy (add'l) | 12/28/16 | N | | |
| 258. Vanguard 500 Index-Mutual Fund | F | Dividend | P2 | T | Buy | 01/20/16 | N | | |
| 259. | | | | | Buy (add'l) | 01/22/16 | P1 | | |
| 260. | | | | | Buy (add'l) | 02/24/16 | O | | |
| 261. | | | | | Buy (add'l) | 03/02/16 | M | | |
| 262. | | | | | Buy (add'l) | 03/16/16 | N | | |
| 263. | | | | | Buy (add'l) | 04/29/16 | M | | |
| 264. | | | | | Buy (add'l) | 05/18/16 | L | | |
| 265. | | | | | Buy (add'l) | 05/19/16 | L | | |
| 266. | | | | | Buy (add'l) | 06/24/16 | L | | |
| 267. | | | | | Buy (add'l) | 08/15/16 | M | | |
| 268. | | | | | Buy (add'l) | 11/10/16 | N | | |
| 269. | | | | | Buy (add'l) | 11/21/16 | M | | |
| 270. | | | | | Buy (add'l) | 11/30/16 | N | | |
| 271. | | | | | Buy (add'l) | 12/20/16 | N | | |
| 272. | | | | | Buy (add'l) | 12/23/16 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. Vanguard Federal M/M | C | Dividend | P1 | T | Open | 03/29/16 | J | | |
| 274. WLR Recovery IV Investors, LLC (1) | | None | J | U | Distributed (part) | 03/23/16 | J | | |
| 275. | | | | | Distributed (part) | 06/23/16 | J | | |
| 276. | | | | | Distributed (part) | 11/23/16 | J | | |
| 277. | | | | | Distributed (part) | 12/27/16 | J | | |
| 278. Xapp Media (9) | | None | | | | | | | |
| 279. Zinc Oxide (1) | | None | K | U | | | | | |
| 280. Certain LLC 1/18 (1) | | None | J | U | | | | | |
| 281. Certain Limited Partners 1/39 (1) | | None | K | U | | | | | |
| 282. Certain Limited Partners 2/54 | | | | | | | | | |
| 283. Elliott Associates, L.P. (1) | | None | P2 | U | Buy (add'l) | 04/01/16 | O | | |
| 284. | | | | | Buy (add'l) | 10/01/16 | O | | |
| 285. West Cam, L.P. (1) | | None | J | U | | | | | |
| 286. MP GEO, LLC (1) | | None | J | U | | | | | |
| 287. Midland Basin GEO, LLC (1) | | None | K | U | | | | | |
| 288. Gamma Geo (1) | | None | K | U | Distributed (part) | 01/28/16 | J | | |
| 289. | | | | | Distributed (part) | 02/12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Distributed (part) | 02/26/16 | J | | |
| 291. | | | | | Distributed (part) | 04/05/16 | J | | |
| 292. | | | | | Distributed (part) | 07/29/16 | J | | |
| 293. | | | | | Distributed (part) | 11/25/16 | J | | |
| 294. | | | | | Distributed (part) | 12/07/16 | J | | |
| 295. | | | | | Distributed (part) | 12/28/16 | J | | |
| 296. Flex Waz (1) | | None | M | U | Distributed (part) | 01/14/16 | K | | |
| 297. Certain LLC 2/54 (1% owner in 2/54LP) (1) | | None | K | U | Buy (add'l) | 04/01/16 | J | | |
| 298. | | | | | Buy (add'l) | 10/01/16 | J | | |
| 299. IRA #1 | | | | | | | | | |
| 300. US Treasury Strips 0.0% due 2/15/2016 | | None | | | Matured | 02/15/16 | L | F | |
| 301. Merrill Lynch Cash | A | Interest | N | T | | | | | |
| 302. Vanguard Admiral Fund Treasury M/M - Mutual Fund | A | Dividend | J | T | | | | | |
| 303. Vanguard Prime M/M - Mutual Fund | A | Dividend | J | T | | | | | |
| 304. Vanguard 500 Index Fund | D | Dividend | O | T | | | | | |
| 305. Vanguard S&P 500 Index ETF | D | Dividend | N | T | | | | | |
| 306. Vanguard Federal Money Market Fund | A | Dividend | N | T | Open | 03/30/16 | N | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. IRA #2 | | | | | | | | | |
| 308. Merrill Lynch Cash | A | Interest | L | T | | | | | |
| 309. US Treas 2.375% due 1/15/17 | C | Interest | M | T | | | | | |
| 310. FPA Crescent - Mutual Fund | | None | | | Sold (part) | 02/25/16 | N | | |
| 311. | | | | | Sold | 03/03/16 | N | | |
| 312. Goldman Sachs Bank | A | Interest | K | T | | | | | |
| 313. Goldman Sachs Liberty Harbor (1) | | None | J | T | Sold (part) | 01/01/16 | J | | |
| 314. IShares Core High Dividend - ETF | E | Dividend | O | T | | | | | |
| 315. KMI - Common Stock | D | Dividend | N | T | | | | | |
| 316. Oaktree - Units | E | Distribution | O | T | Buy (add'l) | 08/10/16 | M | | |
| 317. RDSB - ADR | F | Dividend | P1 | T | Buy (add'l) | 08/10/16 | M | | |
| 318. SJKI - Common Stock | | None | L | T | | | | | |
| 319. Vanguard Admiral Fund Treasury M/M - Mutual Fund | A | Dividend | J | T | | | | | |
| 320. Vanguard Tax-Exempt M/M - Mutual Fund | A | Dividend | | | Closed | 04/06/16 | K | | |
| 321. Vanguard 500 Index Fund | E | Dividend | O | T | | | | | |
| 322. Vanguard S&P 500 Index ETF | F | Dividend | P1 | T | | | | | |
| 323. Vanguard Federal Money Market Fund | A | Interest | L | T | Open | 03/30/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. #2 Trust (R8) | | | | | | | | | |
| 325. Merrill Lynch Reserves | A | Interest | K | T | | | | | |
| 326. IShares US Consumer Goods - ETF | E | Dividend | O | T | | | | | |
| 327. Vanguard Tax-Managed Capital Appreciation - Mutual Fund | E | Dividend | P1 | T | | | | | |
| 328. Vanguard Admiral Fund Treasury - Mutual Fund | A | Dividend | J | T | | | | | |
| 329. Vanguard Tax-Exempt M/M - Mutual Fund | A | Dividend | J | T | | | | | |
| 330. Vanguard Federal M/M Fund | A | Dividend | K | T | Open | 03/29/16 | J | | |
| 331. Certain Limited Partners 2/54 | | | | | | | | | |
| 332. Elliott Associates, L.P. (1) | | None | P1 | U | Buy (add'l) | 04/01/16 | M | | |
| 333. | | | | | Buy (add'l) | 10/01/16 | L | | |
| 334. #3 Trust (H8) | | | | | | | | | |
| 335. Merrill Lynch Reserves | A | Interest | L | T | | | | | |
| 336. Consumer Staples Select Sector SPDR - ETF | C | Dividend | M | T | | | | | |
| 337. Vanguard Tax-Managed Capital Appreciation - Mutual Fund | D | Dividend | O | T | | | | | |
| 338. Vanguard Admiral Fund Treasury M/M - Mutual Fund | A | Dividend | J | T | | | | | |
| 339. Vanguard Tax-Exempt M/M - Mutual Fund | A | Dividend | J | T | | | | | |
| 340. Vanguard Federal M/M Fund | A | Dividend | M | T | Open | 03/29/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS  -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/09/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Private entities including private company investment partnerships. For private entities, valuation is based on net book value. For such entities, valuation (Column C(2)) is based on capital account as set forth on form K-1 and income and gain is included (to the extent distributed) in cash paid or received (as described below) under Column D(3) and not in Column B and/or Column D(4).

(a) In connection with Footnote (1) private company investment partnerships, in absence of receipt of K-1 by filer by filing date, no information is provided as to gross value in Column C(2).

(2) Purchase and sale price of regular interest paying bonds excludes accrued interest. Interest income on regular interest paying bonds excludes accrued interest bought or sold. Gain indicated on redeemed bonds represents only the redemption amount (and premium, if any) in excess of principal amount. Bond premium or discount at purchase is assumed to be fully amortized for purposes of calculating gain or loss on sale, redemption or maturity on regular interest paying bonds, and such amortization does not affect interest reported annually.

(3) No interest income is included in Interest Income Column B(1) on zero coupon bonds. Total to date accreted interest for zero coupon bonds is included in Value Column C(1). On maturity of zero coupon bonds, total accreted interest is included in Value Column D(3). On maturity, redemption, or sale of zero coupon bonds, Value Column D(3) is the maturity value, redemption price, or sales price and Gain Column D(4) reflects the difference between the maturity value, redemption price, or sales price and the original cost.

(4) All mutual fund reinvested dividends, interest and capital gains are not separately shown as new purchases, but are included in the end of period (ColumnC(2)) values. All unreinvested distributions from mutual funds (dividends, interest and capital gains) are included in Column B(1). Money market mutual funds set forth aggregate dividend/interest paid for year and end of year value only.

(5) Municipal and U.S. Treasury bond values reflected in Value Column C(2) are based on market value.

(6) No transaction value or gain or loss is reported on non-taxable exchanges of one security for another or spin-offs of securities or stock dividends. If publicly traded, the value as of the date of the transaction when such security is received is reflected in Column C(1) Gross Value. In instances noted in first sentence, any gain is reported only when the new security is sold.

(7) Restricted stock is not valued during restriction period. After restrictions lapse, restricted stock is reflected as owned shares. A "buy" transaction is reflected in Section (D) with the date and value of the vested stock.

(8) Oil and Gas interests – value not known to filer.

(9) Private company – value not known to filer.

(10) Inadvertently omitted in prior year report.

(11) Amounts for each company aggregate values for the direct ownership of each entity as well as indirectly through other ▮▮▮ group entities are shown in Column C(2). Column D(3) reflects cash paid or received for each ▮▮▮▮▮▮ Company. Income and gain is included (to the extent distributed) in this value.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ LEE H. ROSENTHAL

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544